No. 1034. Fernández et al., Demandantes y Apelados, *v.* Olivencia et al., Demandados y Apelante el Ultimo.—Ape-

lación procedente de la Corte de Distrito de Mayagüez. Moción de la parte apelada para desestimar la apelación. Resuelto en octubre 6, 1913. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la ley No. 70 de marzo 9, 1911. Abogado de los apelados: *Sr. José Sabater.* Abogado del apelante: *Sr. Angel A. Vázquez.*